UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:

LUIGI UGO COLOMBINI,

    Plaintiff,

v.

JUAN MARTIN DEL POTRO,

    Defendants.
_____/

## COMPLAINT

Plaintiff LUIGI UGO COLOMBINI, by and through the undersigned counsel, sues Defendant JUAN MARTIN DEL POTRO, and alleges:

### PARTIES, JURISDICTION AND VENUE

1. This is an action for damages where the amount in controversy is in excess of $75,000 exclusive of interest, costs, and attorney's fees.

2. Plaintiff LUIGI UGO COLOMBINI ("Colombini") is a citizen of and resident of the Italian Republic, and is otherwise *sui juris*.

3. Defendant JUAN MARTIN DEL POTRO ("del Potro") is a citizen and resident of the Argentine Republic, and is otherwise *sui juris*. del Potro also resides in Miami-Dade County, Florida from time to time.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332(a) as Colombini and del Potro are citizens of different foreign states.

5. Venue is proper in this Court because the parties entered into and are subject to a contract requiring all disputes among the parties to be brought in a court in this jurisdiction.

## OVERVIEW

6. From 1985 to 1995, Colombini was a world-ranked tennis professional, having played in Wimbledon, the French Open, and many other tennis tournaments across the globe.

7. After retiring from professional play, Colombini transitioned into scouting, coaching, managing, representing, training, and cultivating talent. Colombini has represented numerous high-profile players including del Potro and Andy Murray.

8. In 2002, Colombini discovered del Potro in Argentina.

9. In light of Colombini's experience as a tennis professional, Colombini and del Potro (with the consent of his parents Daniel del Potro and Patricia Lucas), entered into a Representation Agreement. [A true and correct copy of the Representation Agreement is attached hereto as **Exhibit A**]

10. The initial term of the Representation Agreement was from September 1, 2002 through December 31, 2006 (the "Initial Period"), with automatic renewals for successive two (2) year periods (the "Renewal Period(s)") unless and until either party gives the other party at least six (6) months written notice that the Representation Agreement shall terminate at the end of the Initial Period or any Renewal Period. [Representation Agreement at ¶1].

11. Under the Representation Agreement, Colombini had the responsibility to develop, negotiate, and organize all income producing activities and opportunities with are or may be available to del Potro in any part of the world, arising from del Potro's profession as a tennis player, and name, image, fame, and reputation ("Promotional Income"). [Representation Agreement at ¶2].

12. Under the Representation Agreement, in exchange for the services performed by Colombini, del Potro agreed to pay Colombini a percentage of all Promotional Income received,

directly or indirectly, from, or as a result of Merchandising Arrangements entered into, including continuations, extensions, modifications, or renewals of such Merchandising Arrangements. [Representation Agreement at ¶6.1]

13. Merchandising Arrangements included any agreement, arrangement, or transaction involving the exploitation of rights in respect to del Potro's name, image, fame, or reputation, or involving del Potro's professional services as a tennis player. [Representation Agreement at ¶6.3].

### DEL POTRO'S PROFESSIONAL CAREER

14. In 2005, with Colombini's guidance, del Potro turned professional.

15. In September 2006, del Potro competed in the U.S. Open. At the time, del Potro was the youngest player in the top 100 world ranking at age 18. In 2007, del Potro competed for Argentina in the Davis Cup for the first time, competed in the French Open, losing to Rafael Nadal, and competed in the Wimbledon Championship, losing to Roger Federer.

16. In September 2008, del Potro reached his first Grand Slam singles quarterfinal at the U.S. Open, losing to Andy Murray. In October, del Potro entered into top 10 world ranking.

17. In 2009, del Potro reached his second successive Grand Slam singles quarterfinal at the Australia Open, losing to world No. 2 Roger Federer. In the BNP Paribas Open, del Potro lost to Rafael Nadal, but subsequently defeated Nadal in the quarterfinal of the Sony Ericsson Open. In June 2009, del Potro reached his first Grand Slam singles semi-finals at the French Open, where he lost to world No. 2 Roger Federer. In August 2009, del Potro competed in the Rogers Cup, losing in the final to Andy Murray.

18. In September 2009, del Potro won his first Grand Slam singles title – the U.S. Open – by defeating world No. 1 and five-time defending champion Roger Federer in the finals (and after defeating world No. 3 Rafael Nadal in the semi-finals in straight sets).

19. In 2010, del Potro reached world No. 4 ranking, but was preventing from competing for most of the year due to an injury.

20. In 2011, after combing back from injury, del Potro reached the fourth round of the Wimbledon Championships, losing to world No. 1. Rafael Nadal.

21. In January 2012, del Potro reached the quarterfinals of the Australian Open, losing to Roger Federer.

22. At the 2012 Summer Olympics in London, del Potro progressed to the semi-finals where he lost to Roger Federer. del Potro ultimately won the bronze medal after defeating world No. 2 Novak Djokovic.

23. In March 2013, del Potro defeated Andy Murray and Novak Djokovic at the BNP Paribas Open, ultimately losing to Rafael Nadal in the final. Later that year, del Potro lost in the semi-finals of Wimbledon to Novak Djokovic. In October, del Potro lost the Shanghai Rolex Masters final to Novak Djokovic, after defeating Rafael Nadal in the semi-finals.

24. After suffering another wrist injury, del Potro missed most of 2014 and 2015.

25. At the 2016 Summer Olympics in Rio, del Potro won the silver medal after defeating Novak Djokovic in the first round, Rafael Nadal in the semi-finals, but losing to Andy Murray in the gold medal match. In November, del Potro led Argentina to its 1st Davis Cup title.

26. In March 2018, del Potro defeated defending champion Roger Federer in the final to win the BNP Paribas Open. In August, del Potro achieved a career-high world No. 3 ranking. In September, del Potro lost in the final of the U.S. Open to Novak Djokovic, after defeating Rafael Nadal in the semi-finals.

27. Colombini was there alongside del Potro at every step of the way.

## COLOMBINI STRUCK BIG SPONSORSHIP CONTRACTS FOR DEL POTRO ENTITLING COLOMBINI TO COMMISSIONS

28. Throughout del Potro's career, Colombini struck big sponsorship contracts and endorsement deals with major brands, including Nike, Wilson, Rolex, and others – the Merchandising Arrangements, which collectively provided millions of dollars of Promotional Income to del Potro, of which Colombini was entitled to a percentage of the income received.

29. The Merchandising Arrangements provided a base income to del Potro, as well as bonuses paid based on world ranking, for playing in Grand Slam events, Masters events, 1000 Series and 500 Series events, the Olympics, and the Davis Cup, with different amounts of the bonuses if del Potro won, was the runner-up, reached the semi-finals, etc.  All of the amounts received from these Merchandising Arrangements are considered Promotional Income under the Representation Agreement

30. From the beginning of their relationship until 2018, del Potro made all payments required under the Representation Agreement to Colombini.

31. In 2019, (as was standard practice) Colombini submitted invoices to del Potro reflecting the commission payments due and owed to him in connection with the Merchandising Arrangements.

32. del Potro failed to pay Colombini $146,250.00 – the amounts owed to Colombini under the Representation Agreement, including:

   a. Invoice No. 05/2019 in the sum of $36,250.00 in connection with del Potro's "Beijing Bonus," "Nike Ranking Bonus 2018," and "Rolex Ranking Bonus 2018;"

   b. Invoice No. 07/2019 in the sum of $50,000.00 in connection with del Potro's "Nike First Payment 2019;"

   c. Invoice No. 14/2019 in the sum of $10,000.00 in connection with del Potro's "Rolex Contract;" and

      d. Invoice No. 01/2020 in the sum of $50,000 in connection with del Potro's "Nike Second Payment 2019."

[A true and correct copy of the unpaid invoices are attached hereto as **Exhibit B**].

33. After failing to make timely payments, Colombini followed up with del Potro regarding the amounts due and owed, and del Potro repeatedly advised Colombini that payment was forthcoming.

34. Notwithstanding del Potro's representations that payment was forthcoming, del Potro failed to make such payments.

35. In total, del Potro has failed to pay the sum of $171,817.42 (the "Outstanding Balance"), which consists of the unpaid invoices, interest, and attorneys' fees and costs previously incurred by Colombini in his pursuit and/or collection of his earned commissions.

36. On October 5, 2020, Colombini, through counsel, made a written demand to del Potro regarding the unpaid commissions.

37. Colombini has been forced to retain the undersigned attorney and is obligated to pay reasonable attorneys' fees and costs for the representation.

38. Pursuant to the Representation Agreement, the prevailing party in this action is entitled to recover reasonable attorneys' fees and costs incurred.

39. All conditions precedent to this action have been performed, satisfied, or waived.

## COUNT I – BREACH OF CONTRACT

40. Colombini adopts and realleges paragraphs 1 through 39 above as if fully set forth herein.

41. Colombini and del Potro are parties to a contract – the Representation Agreement.

42. Under the Representation Agreement, del Potro was obligated to pay Colombini a commission of all Promotional Income that del Potro received.

43. del Potro breached the Representation Agreement by failing to make the payments identified in Invoice Nos. 05/2019, 07/2019, 14/2019, and 1/2020 to Colombini.

44. As a direct result of del Potro's failure to make the payments to Colombini, Colombini has suffered damages.

WHEREFORE, Plaintiff LUIGI UGO COLOMBINI, respectfully requests that this Honorable Court enter judgment against Defendant JUAN MARTIN DEL POTRO for:

    i. Money damages for all amounts owed to Colombini;

    ii. Pre-judgment and post-judgment interest;

    iii. Reasonable attorneys' fees and costs pursuant to the Representation Agreement; and

    iv. For such other and further relief as this Honorable Court may deem just and proper.

## NO JURY DEMAND

Plaintiff LUIGI UGO COLOMBINI <u>does not</u> demand a trial by jury, and instead requests that this action be resolved at a bench trial on all issues so triable.

DATED: November 4, 2021

                Respectfully submitted,

                **ROBERT E. MENJE, PLLC**
                *Counsel for Plaintiff, Luigi Ugo Colombini*
                12590 Pines Blvd., #260487
                Pembroke Pines, Florida 33026
                Tele: (305) 506-6666
                Fax: (305) 675-2272

            By: */s/ Robert E. Menje*
                **Robert E. Menje, Esq.**
                Florida Bar No. 111663
                robert@remlawyer.com